1 AARON D. FORD
    Attorney General
2 JANET L. MERRILL (Bar No. 10736)
    Deputy Attorney General
3 State of Nevada
  Office of the Attorney General
4 555 E. Washington Ave., Ste. 3900
  Las Vegas, Nevada 89101
5 (702) 486-3370 (phone)
  (702) 486-3773 (fax)
6 Email: jmerrill@ag.nv.gov

7 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MAURICE TALLEY, | Case No. 3:23-cv-00235-MMD-CSD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO DISMISS THIS CASE WITH PREJUDICE** |
| ROOP, et al., | |
| Defendants. | |

The Parties, Plaintiff, MAURICE TALLEY, *pro per*, and Defendants, JACOB COREY and JOHN ROOP, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that this matter should be dismissed with

////
///
////
///
////
///
///
///

Page 1

1  prejudice by Order of this Court, with each party to bear their own attorney's fees and costs.

2  DATED this 5 of March, 2024.           DATED this 24th of ~~March~~ April, 2024.

By: /s/ *[signature]*
MAURICE TALLEY
Plaintiff # 1115624

By: /s/ *Janet Merrill*
AARON D. FORD
Attorney General

JANET L. MERRILL (Bar No. 10736)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.
DATED this 25th day of April, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 24, 2024, I electronically filed the foregoing, **STIPULATION AND PROPOSED ORDER TO DISMISS THIS CASE WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Maurice Talley #1115624
High Desert State Prison
P. O. Box 650
Indian Springs, Nevada 89070

_____
An employee of the
Office of the Nevada Attorney General